**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kwilde@maclaw.com
  *Attorneys for Defendant*
  Las Vegas Metropolitan Police Department, Ofc. Karen Good, Ofc. Norman Ziola, Ofc. Phil Fabian, Ofc. Greg Jolley, and Ofc. William Keeton

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DeMARLO BERRY, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; CLARK COUNTY, a political subdivision of the State of Nevada and a government entity; KAREN GOOD, an individual and an employee of a government entity; NORMAN ZIOLA, an individual and an employee of a government entity; PHIL FABIAN, an individual and an employee of a government Entity; GREG JOLLEY, an individual and an employee of a government entity; WILLIAM KEETON, an individual and an employee of a government entity, and JOHN DOES I through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-640-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR THE FILING OF DEFENDANTS' RESPONSES TO PLAINTIFF'S AMENDED COMPLAINT** |

COMES NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants to file their responses to Plaintiff's Amended Complaint be extended from July 2, 2019 until August 1, 2019.

**Reason for Extension**

Because of the complexity of the claims made in Plaintiff's Amended Complaint, Defendants require additional time to perform an investigation prior to filing a responsive

MAC:14687-130 3776530_1 7/1/2019 2:46 PM

pleading. Further, the instant stipulation consolidates the due date for all Defendants despite differences in the dates upon which they were served. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendants' responses to Plaintiff's Amended Complaint.

DATED this 1st day of July, 2019.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | WEIL & DRAGE, APC |
|---|---|
| By: /s/ Robert Freeman, Esq.<br>Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>Eunice M. Beattie, Esq.<br>Nevada Bar No. 10382<br>E. Matthew Freeman, Esq.<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendant Clark County* | By: /s/ John T. Wendland, Esq.<br>John T. Wendland, Esq.<br>Nevada Bar No. 7207<br>2500 Anthem Village Drive<br>Henderson, NV 89052<br><br>NEUFELD SCHECK & BRUSTIN, LLP<br>Nick Joel Brustin, Esq.<br>New York Bar No. 2844405<br>Emma Kate Freudenberger, Esq.<br>New York Bar No. 4624045<br>Leo Kamdang, Esq.<br>New York Bar No. 4345179<br>99 Hudson Street, 8th Floor<br>New York, NY 10013 |
| MARQUIS AURBACH COFFING<br><br>By: /s/ Craig R. Anderson, Esq.<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Kathleen A. Wilde, Esq.<br>Nevada Bar No. 12522<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Las Vegas Metropolitan Police Department, Ofc. Karen Good, Ofc. Norman Ziola, Ofc. Phil Fabian, Ofc. Greg Jolley, and Ofc. William Keeton* | RICHARDS BRANDT MILLER NELSON<br>Craig C. Coburn, Esq.<br>Utah Bar No. 688<br>Steven H. Bergman, Esq.<br>Utah Bar No. 13641<br>Samantha E. Wilcox, Esq.<br>Utah Bar No. 15284<br>299 S. Main Street, 15th Floor<br>P. O. Box 2465<br>Salt Lake City, Utah 84111<br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. The responses to Plaintiff's Amended Complaint are hereby extended to August 1, 2019.

DATED this 2nd day of July, 2019.

_____
United States Magistrate Judge

MAC:14687-130 3776530_1 7/1/2019 2:46 PM