John T. Wendland, Esq.
(Nevada Bar No. 7207)
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
702-314-1905 Phone • 702-314-1909 Fax
jwendland@weildrage.com

Attorney for Plaintiff,
DeMARLO BERRY

[counsel continued on page following the caption]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DeMARLO BERRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; CLARK COUNTY, a political subdivision of the State of Nevada and a government entity; KAREN GOOD, an individual and an employee of a government entity; NORMAN ZIOLA, an individual and an employee of a government entity; PHIL FABIAN, an individual and an employee of a government entity; GREG JOLLEY, an individual and an employee of a government entity; WILLIAM KEETON, an individual and an employee of a government entity; and JOHN DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:19-CV-640-APG-NJK**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO LVMPD DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

{01601093;1}

Nick Brustin, Esq.
(New York Bar No. 2844405)
Emma Freudenberger, Esq.
(New York Bar No. 4624045)
Len Kamdang, Esq.
(New York Bar No. 4345179)
*Being Admitted Pro Hac Vice Application Pending*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081 Phone • 212-965-9084 Fax
nick@nsbcivilrights.com
emma@nsbcivilrights.com
len@nsbcivilrights.com

Craig C. Coburn, Esq.
(Utah Bar No. 00688)
Steven H. Bergman, Esq.
(Utah Bar No. 13641)
Samantha E. Wilcox, Esq.
(Utah Bar No. 15284)
*Being Admitted Pro Hac Vice Application Pending*
RICHARDS BRANDT MILLER NELSON
Wells Fargo Center, 15th Floor
299 S. Main Street (84111)
P.O. Box 2465
Salt Lake City, UT 84110-2465
801-531-2000 Phone • 801-532-5506 Fax
craig-coburn@rbmn.com
steven-bergman@rbmn.com
samantha-wilcox@rbmn.com

## STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO LVMPD DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

COMES NOW, the Parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Plaintiff DeMarlo Berry (hereinafter, the "Plaintiff") to file his Opposition/Response to Defendants Las Vegas Metropolitan Police Department's, Karen Good's, Norman Ziola's, Phil Fabian's, Greg Jolley's and William Keeton's (hereinafter collectively, the "LVMPD Defendants") Motion for Partial Dismissal shall be extended from August 14, 2019 to September 11, 2019.

{01601093;1}

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

## Reason for Extension

Due to conflicting case and scheduling obligations with counsels for Plaintiff, additional time is required to file an Opposition/Response to the LVMPD Defendants' Motion for Partial Dismissal. This is the first extension of time requested for filing Plaintiff's Opposition/Response to LVMPD Defendants' Motion for Partial Dismissal.

The Parties represent that this stipulation is made in good faith and is not for the purpose of delay.

DATED this 5th day of August, 2019.

Respectfully submitted,

MARQUIS AURBACH COFFING

WEIL & DRAGE, APC

By: /s/ *Craig R. Anderson Esq.*
Craig R. Anderson, Esq
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendants,*
*Las Vegas Metropolitan Police*
*Department, Ofc. Karen Good, Ofc.*
*Norman Ziola, Ofc. Greg Jolley, and*
*Ofc. William Keeton*

By: /s/ *John T. Wendland*
John T. Wendland, Esq.
Nevada Bar No. 7207
2500 Anthem Village Drive
Henderson, NV 89052

Nick Brustin, Esq.
Emma Freudenberger, Esq.
Len Kamdang, Esq.
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Craig C. Coburn, Esq.
Steven H. Bergman, Esq.
Samantha Wilcox, Esq.
RICHARDS BRANDT MILLER NELSON
Nevada Bar No. 10382
Wells Fargo Center, 15th Floor
299 S. Main Street (84111)
P.O. Box 2465
Salt Lake City, UT 84110-2465

*Attorneys for Plaintiff,*
*DeMARLO BERRY*

///

///

{01601093;1}

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

LEWIS BRISMOIS BISGAARD &
SMITH LLP

By: /s/ *Robert Freeman, Esq.*
Robert W. Freeman, Jr. Esq.
Nevada Bar No. 3062
Eunice M. Beattie, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant,*
*Clark County*

## **ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Plaintiff's Opposition/Response to LVMPD Defendants' Motion for Partial Dismissal is hereby extended to September 11, 2019.

Dated: August 5, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

{01601093;1}