**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kwilde@maclaw.com
  *Attorneys for Defendants Las Vegas Metropolitan Police Department,
  Karen Good, Norman Ziola, Phil Fabian, Greg Jolley, and William Keeton*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DeMARLO BERRY, an individual,<br><br>      Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; CLARK COUNTY, a political subdivision of the State of Nevada and a government entity; KAREN GOOD, an individual and an employee of a government entity; NORMAN ZIOLA, an individual and an employee of a government entity; PHIL FABIAN, an individual and an employee of a government Entity; GREG JOLLEY, an individual and an employee of a government entity; WILLIAM KEETON, an individual and an employee of a government entity, and JOHN DOES I through 10, inclusive,<br><br>      Defendants. | CASE NO. 2:19-cv-640-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL and PROPOSED ORDER** |

COMES NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants to file a reply in support of the motion for partial dismissal be extended from September 18, 2019 until Tuesday, September 24, 2019.

### Reason for the Requested Extension

The attorney primarily responsible for drafting the LVMPD Defendants' reply, Kathleen Wilde, was out of the office addressing personal issues after a perpetrator broke

MAC:14687-130 3847612_2 9/17/2019 12:47 PM

into her occupied home. Because the exigent circumstances were unexpected, counsel was also limited in their ability to reschedule other matters that were already on calendar.

This stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested for filing a reply in support of the Defendants' motion for partial dismissal.

Dated this 17th day of September, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert Freeman, Esq.
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Eunice M. Beattie, Esq.
Nevada Bar No. 10382
E. Matthew Freeman, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant
Clark County*

MARQUIS AURBACH COFFING

By: /s/ Kathleen A. Wilde, Esq.
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for LVMPD Defendants*

WEIL & DRAGE, APC

By: /s/ John T. Wendland, Esq.
John T. Wendland, Esq.
Nevada Bar No. 7207
2500 Anthem Village Drive
Henderson, NV 89052

NEUFELD SCHECK & BRUSTIN, LLP
Nick Joel Brustin, Esq.
New York Bar No. 2844405
Emma Kate Freudenberger, Esq.
New York Bar No. 4624045
Leo Kamdang, Esq.
New York Bar No. 4345179
99 Hudson Street, 8th Floor
New York, NY 10013

RICHARDS BRANDT MILLER NELSON
Craig C. Coburn, Esq.
Utah Bar No. 688
Steven H. Bergman, Esq.
Utah Bar No. 13641
Samantha E. Wilcox, Esq.
Utah Bar No. 15284
299 S. Main Street, 15th Floor
P. O. Box 2465
Salt Lake City, Utah 84111
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Defendants' reply in support of the motion for partial dismissal shall be filed on or before September 24, 2019.

Dated: September 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

MAC:14687-130 3847612_2 9/17/2019 12:47 PM