# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEMARLO BERRY,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00640-APG-NJK<br><br>**Order**<br><br>[Docket No. 71] |

Plaintiff's counsel filed declaration of service of a discovery subpoena, along with a copy of that subpoena. Docket No. 71. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. As such, counsel violated these rules.

In addition, the subpoena includes Plaintiff's full date of birth without redaction. *See* Docket No. 71 at 2. In so doing, counsel violated the redaction requirements applicable to this case. *See* Local Rule IC 6-1(a)(3).

Accordingly, the Court **STRIKES** the above-referenced document. The Court instructs counsel to refrain from filing discovery documents on the docket in the future absent an order that they do so. The Court further cautions counsel that they must comply with the redaction requirements for personal identifiers moving forward.

IT IS SO ORDERED.

Dated: December 12, 2019

                                                  Nancy J. Koppe
                                                United States Magistrate Judge