# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEMARLO BERRY,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:19-cv-00640-APG-NJK

**Order**

[Docket No. 72]

For the reasons outlined in the order at Docket No. 73, the Court **STRIKES** the declaration of service of a discovery subpoena, along with a copy of that subpoena. Docket No. 72. The Court instructs counsel to refrain from filing discovery documents on the docket in the future absent an order that they do so. The Court further cautions counsel that they must comply with the redaction requirements for personal identifiers moving forward.

    IT IS SO ORDERED.

    Dated: December 13, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge